# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

**FILED**
FEB 17 2023
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Patrick Adair,  )
        Plaintiff  )
vs.  )
Mindi Nurse  )
_____  )
_____  )
_____  )
_____  )
_____  )
_____,  )
        Defendant(s)  )

Case No. _____
(*The case number will be assigned by the clerk*)

(*List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format*).

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

[X] 42 U.S.C. §1983 (state, county or municipal defendants)

[ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

[ ] Other federal law: _____

[ ] Unknown _____

## I. FEDERAL JURISDICTION

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Patrick Adair

Prison Identification Number: M22450

Current address: Will County Jail 95 So. Chicago St. Joliet, IL 60436

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Mindi Nurse

Current Job Title: Worden

Current Work Address: Pontiac Correctional Center 700 W. Lincoln St. Pontiac, IL 61764

Defendant #2:

Full Name: _____

Current Job Title: _____

Current Work Address _____

Defendant #3:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

Defendant #4:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒    No ☐

C. If your answer to B is yes, how many? __Maybe 10__ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number  Adair v. Smith  14 cv 03068

2. Basic claim made  Excessive force and Retaliation

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?)  Pending

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒  No ☐

If your answer is no, explain why not  I never received a answer and # my grievance was never received maybe because I was on suicide watch Until I was released from IDPC.

C. Is the grievance process completed?  Yes ☒  No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  Pontiac Correctional Center

4

Date(s) of the occurrence 11-16-22 / 11-28-22 / 12-1-22

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

**THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED.** *Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

On 11-16-22 I swallowed 35 pills and a 6 inch peace of metal in front of gallery officer's Keen and Lawerence. Once both of them pull me out of my cell I received a mental health assessment (conducted by Crystal Carson). Ms. Carson then call the health care unit to notify them of my suicide attempt. Ms. Carson then inform me due to my suicide attempt medical staff requested me in-person. I was seen by RN by the name of Jenny and by nurse practitioner by the name S. Hanson who I reported I swallowed a six inch peace of metal and 35 pills. NP Hanson then became angry at me for not telling her who I got the 35 mental health medication pills from that I took so she order for RN Jenny to inject me with "more" and other mental health meds. I was then sent back to my cell right after the shot/injection. I was awoken later some time in the middle of the night and when stood up I feel only to hit my head against the concert bed-frame in my cell. As a result I suffered I server head injury. On 11-28-22 from 7pm - 8:30pm I stood cell-front in front of a camera out-side my cell I show my crisis suicide watch officer (who was responsable for me being on suicide watch) ofc. Bowden 35 pills he then call his supervisers Lt. Dayton and Sgt. Coldwell (who names are not spelled correctly here) and they both inform me "to just lay down and attempt to kill

my self on the next shift staff members on the 11-7 shift" I stated no I'll swallow the pills in front of you but they both walked away. At approximately 8:45pm I called over the gallory officer Terry to my cell who I then inform him im about to attempt suicide by swallowing the 35 pills after I show him I took them all. He then call over the walkie-talkie for supervisers to come to my cell and Lt.Dayton came to my cell angry stating "why would you do this I inform you Mr.Adair the nurse is busy doing other stuff." Ofc. Terry removed me from my cell to receive medical attention. RN by the name of Kendra came into to holding-tank angry yelling at me stating "nothing is wrong with you im not going to allow the docter (who is not in-house only on call) to put you on close-observation because im tierd and lazy." Then RN Kendra took my blood pressure and order the officers to take me back to my cell and out of retaliation Lt.Dayton had the ofc's take my mattress out my cell and taken away from me.
On 12-1-22 I was still on suicide watch and I swallowed 35 pills in front of a unknown officer who pulled me out my cell to speck with ~~mental health~~ medical staff. RN Amy Bartlett came into the holding-tank yelling at me stating "we are fed up with you with all these suicide attempts Im ~~~~ sending you back to your cell after I take you blood pressure and I call the docter all ready and he told me your not getting medical observation." I was then taken back to my cell.

And all three of the above incidents dated above after being denied medical observation I woke up the same night or later the next day and could not stand up without falling and hitting my head from taken all the medications. None of

6

the defendant are unknown to me by there real names therefore I request Warden Mindi Nurse beheld responsable for identifying all said nurses: RN-Jenny, RN Kendra, RN Amy Bartlett and nurse practitioner S. Hanson. Also I like for Warden Nurse responsable for identifying all docters that was on call each day I attempted a overdose dated above and refused me medical observation. Also Warden Nurse responsable for identifying Lt. Dayton, Sgt. by the name of Caldwell, ofc. Bowden. I like for QMHP Crystal Carson, and ofc. Terry to be witnesses at trial. I respectfully request the Honorable Court to have all medical staff and officials stated above identified by Warden Nurse. Further I like Constitutional violations held against the defendants of Deliberate Indifference to my medical needs, Failure To Protect and Retaliation. I was also denied a X-ray from the first incident dated 11-16-22. I was discharged from IDOC on 1-13-23 and never was medically cleared for swallowing the metal 6 inches and I was even release from suicide watch on either 11-25-22 or 11-26-22 which I never was supposed to be release without having a X-ray.

## RELIEF REQUESTED

(State what relief you want from the court.)

I request the Honorable Court to have the Defendant's pay any restitutions due to my constitutional rights being violated.

JURY DEMAND    Yes [X]    No [ ]

Signed this 7th day of Febuary, 20 23.

_Patrick Adair_
( Signature of Plaintiff)

| Name of Plaintiff: Patrick Adair | Inmate Identification Number: 9139723 |
|---|---|
| Address: 95 so. Chicago Joliet, IL 60436 Will County Jail | Telephone Number: None |

8