# UNITED STATES DISTRICT COURT

for the
Central District of Illinois

| | |
|---|---|
| **Patrick Adair**   ) | |
|   ) | |
|     **Plaintiff,**   ) | |
|   ) | |
|     vs.   ) | Case Number: 23-1062 |
|   ) | |
| **Mindi Nurse, Jenny, Cheryl Hansen,**   ) | |
| **Justin Bowden, Kendra, Amy Bartlett,**   ) | |
| **Thomas Dayton, Carl Colwell,**   ) | |
| **Cody King, Alexander Lawrence.**   ) | |
|   ) | |
|     **Defendants.**   ) | |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Patrick Adair's action against Defendants Mindi Nurse, Jenny, Cheryl Hansen, Justin Bowden, Kendra, Amy Bartlett, Thomas Dayton, Carl Colwell, Cody King and Alexander Lawrence is dismissed.

**Dated: 4/23/2024**

                                          s/ Shig Yasunaga
                                          Shig Yasunaga
                                          Clerk, U.S. District Court